# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center )
*Plaintiff* )
)
v. ) Civil Action No. 16-cv-00634-RC
)
U.S. Department of Transportation )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Attorney General for the District of Columbia
c/o Civil Process Clerk
Department of Justice
555 4th St. N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

T. John Tran
1718 Connecticut Ave. N.W., Suite 200
Washington, D.C. 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 4/5/2016 ~~4/4/2016~~

/s/ Jean-Claude Douyon
*Signature of ~~Clerk or~~ Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center )
*Plaintiff* )
)
v. ) Civil Action No. 16-cv-00634 -RC
U.S. Department of Transportation )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Attorney General for the United States
Department of Justice
950 Pennsylvania Ave. N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

T. John Tran
1718 Connecticut Ave. N.W., Suite 200
Washington, D.C. 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 4/5/2016 ~~4/4/2016~~



/s/ Jean-Claude Douyon
*Signature of ~~Clerk or~~ Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center )
*Plaintiff* )
)
v. ) Civil Action No. 16-cv-00634-RC
U.S. Department of Transportation )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Transportation
1200 New Jersey Ave. S.E.
Washington, D.C. 20590

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

T. John Tran
1718 Connecticut Ave. N.W., Suite 200
Washington, D.C. 20009

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 4/5/2016 ~~4/4/2016~~



/s/ Jean-Claude Douyon
*Signature of ~~Clerk or~~ Deputy Clerk*