UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT ) OF TRANSPORTATION, ) ) Defendant. ) ) | Civil Action No.: 16-634 (RC) |

**CONSENT MOTION FOR EXTENSION FO TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

Defendant, the United States Department of Transportation (DOT), by and through the United States Attorney for the District of Columbia, respectfully submit this motion for a 14-day extension of time to answer the complaint in this matter.

1. In this Freedom of Information Act (FOIA) case, plaintiffs seek documents relating to a November 2015 meeting of the Unmanned Aircraft Systems Registration Task Force Aviation Rulemaking Committee.

2. DOT's answer currently is due on May 11, 2016.  DOT, however, intends to release responsive records before that date, a step that may obviate the need to litigate this matter further.  Accordingly, DOT seeks a 14-day extension to attempt to resolve the case informally before filing its answer.

3. Undersigned counsel has conferred plaintiff's counsel, who expressed plaintiff's consent to a 14-day extension on the condition that responsive records are released by May 6.  DOT intends to meet that deadline by releasing documents today.

Accordingly, DOT requests a 14-day extension, through and including May 25, to respond to plaintiff's complaint. A proposed order is attached.

                Respectfully submitted,

                CHANNING D. PHILLIPS, D.C. Bar No. 415793
                United States Attorney for the District of Columbia

                DANIEL F. VAN HORN, D.C. Bar No. 924092
                Chief, Civil Division

By:    /s/ *Damon W. Taaffe*
        DAMON TAAFFE, D.C. Bar No. 483874
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2544
        damon.taaffe@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.: 16-634 (RC) ) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, | ) ) ) ) |
| Defendant. | ) ) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of DOT's consent motion for an extension of time to respond to plaintiff's complaint, it is hereby

ORDERED that the motion is GRANTED, and it is

ORDERED that DOT shall respond to plaintiff's complaint on or before May 25, 2016.

SO ORDERED.

_____                          _____
Date                                                                               Rudolph Contreras
                                                                                          United States District Judge