UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, )<br><br>Defendant. ) | Civil Action No.: 16-634 (RC) |

## JOINT STATUS REPORT

Plaintiff, the Electronic Privacy Information Center, and Defendant, the United States Department of Transportation (DOT), by and through their respective counsel, hereby report on their progress in resolving this Freedom of Information Act matter and propose a timetable going forward.

Although defendant filed its answer on May 25, 2016 (ECF No. 12), defendant also was processing plaintiff's request at the same time.  Defendant has begun releasing responsive records and estimates that it can complete its releases by July 11, 2016.  Thereafter, the parties would benefit from a brief period in which plaintiff can review the releases and work with defendant to resolve any disagreements before determining whether briefing will be necessary.  Accordingly, the parties propose that they file another joint status report, including a briefing schedule if necessary, by July 25, 2016.

A proposed order is attached.

Respectfully submitted,

MARC ROTENBERG, D.C. Bar No. 422825

        EPIC President

        ALAN BUTLER, D.C. Bar No. 1012128
        EPIC Senior Counsel

By:    /s/  *T. John Tran*
        T. JOHN TRAN, D.C. Bar No. 1027767
        ELECTRONIC PRIVACY INFORMATION CNTR.
        1718 Connecticut Avenue, N.W.
        Suite 200
        Washington, D.C. 20009
        (202) 483-1140 (telephone)
        (202) 483-1248 (facsimile)

        *Attorneys for plaintiff*


        CHANNING D. PHILLIPS, D.C. Bar No. 415793
        United States Attorney for the District of Columbia

        DANIEL F. VAN HORN, D.C. Bar No. 924092
        Chief, Civil Division

By:    /s/  *Damon W. Taaffe*
        DAMON TAAFFE, D.C. Bar No. 483874
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2544
        damon.taaffe@usdoj.gov

        *Attorneys for defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.: 16-634 (RC) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, | ) ) ) ) | |
| Defendant. | ) ) | |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby

ORDERED that defendant will complete its releases by July 11, 2016; and

ORDERED that the parties will file another Joint Status Report by July 25, 2016.

SO ORDERED.

_____          _____
Date                                                              Rudolph Contreras
                                                                      United States District Judge