**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT ) OF TRANSPORTATION, ) ) Defendant. ) ) | Civil Action No.: 16-634 (RC) |

## JOINT STATUS REPORT

Plaintiff, the Electronic Privacy Information Center, and Defendant, the United States Department of Transportation (DOT), by and through their respective counsel, hereby report on their progress in resolving this Freedom of Information Act matter. The parties are pleased to report their agreement that the DOT has satisfied its obligations under the FOIA with respect to the request at issue, and that they have reached an agreement in principle regarding plaintiff's demand for attorney's fees. Accordingly, the parties propose to file within 30 days either a joint stipulation of dismissal or another Joint Status Report explaining the need for additional time, which they do not anticipate requiring.

Respectfully submitted,

MARC ROTENBERG, D.C. Bar No. 422825
EPIC President

By:   /s/  *T. John Tran*
ALAN BUTLER, D.C. Bar No. 1012128
ELECTRONIC PRIVACY INFORMATION CNTR.
1718 Connecticut Avenue, N.W.

        Suite 200
        Washington, D.C. 20009
        (202) 483-1140 (telephone)
        (202) 483-1248 (facsimile)

*Attorneys for plaintiff*


        CHANNING D. PHILLIPS, D.C. Bar No. 415793
        United States Attorney for the District of Columbia

        DANIEL F. VAN HORN, D.C. Bar No. 924092
        Chief, Civil Division

By:   /s/  *Damon W. Taaffe*
        DAMON TAAFFE, D.C. Bar No. 483874
        Assistant United States Attorney
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-2544
        damon.taaffe@usdoj.gov

*Attorneys for defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No.: 16-634 (RC) ) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION, | ) ) ) |
| Defendant. | ) ) ) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' Joint Status Report, it is hereby ORDERED that, within 30 days of this order, the parties will file either joint stipulation of dismissal or a joint status report explaining their need for additional time.

SO ORDERED.

_____    _____
Date                                                                Rudolph Contreras
                                                                         United States District Judge