**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
ELECTRONIC PRIVACY              )
INFORMATION CENTER,          )
                                                    )
     Plaintiff,                         )
                                                    )
   v.                               )   Civil Action No.: 16-634 (RC)
                                                    )
UNITED STATES DEPARTMENT   )
OF TRANSPORTATION,            )
                                                    )
     Defendant.                   )
_____ )

**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL**

      Plaintiff, the Electronic Privacy Information Center, and defendant, the United States Department of Transportation, by and through counsel, hereby notify the Court that they have reached settlement in the above-captioned matter.  *See* Settlement Agreement attached as Exhibit A hereto.  Accordingly, the parties stipulate to dismissal of this action.

                                        Respectfully submitted,

                                        Marc Rotenberg, D.C. Bar. No. 422825
                                        EPIC President

                                        Alan Butler, D.C. Bar No. 1012128
                                        EPIC Senior Counsel

                By:       *s/ T. John Tran*
                                        T. John Tran, D.C. Bar No. 1027767
                                        ELECTRONIC PRIVACY INFO. CENTER
                                        1718 Connecticut Avenue, N.W., Suite 200
                                        Washington, D.C. 20009
                                        (202) 483-1140
                                        *Counsel for plaintiff*

CHANNING D. PHILLIPS, D.C. Bar No. 415793
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division


By:      *s/ Damon Taaffe*
DAMON TAAFFE, D.C. Bar No. 483874
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2544
damon.taaffe@usdoj.gov
*Counsel for Defendant*